UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

IN RE:                                                                                          Chapter 7 Case No. 25-60407

    KATHERINE CHISHOLM ALMY,

        Debtor.

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE PURSUANT TO FED. R. BANKR.P. 2002 (g)

    Pursuant to Fed. R. Bankr. P. 2002, 9007 and 9010, and 11 U.S.C. §§ 102(1), 342 and 1109 (b), Neal L. Walters, Esquire, hereby gives notice of entry of appearance on behalf of Frank Robinson, III, and requests that all notices, pleadings, motions, applications, and other documents filed and/or served in this case be given to and served, whether electronically or otherwise on:

    Neal L. Walters, Esquire
    PO Box 2737
    418 E Water St
    Charlottesville, VA 22902

                              Respectfully submitted,

                              NEAL L. WALTERS,

                              by counsel.

**s/Neal L. Walters**
Neal L. Walters, Esq.
Virginia State Bar No. 32048
Attorney for Plaintiff
Scott│Kroner PLC
418 East Water Street

P.O. Box 2737
Charlottesville, VA 22902
Telephone: (434) 296-2161
Fax: (434) 293-2073
E-mail: nwalters@scottkroner.com

## CERTIFICATE OF SERVICE

      I hereby certify that on April 17, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: William Harville, Counsel for the Debtor. and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: N/A.

      **s/Neal L. Walters**
Neal L. Walters, Esq.
Attorney for Frank Robinson, III
Scott│Kroner PLC
418 East Water Street
P.O. Box 2737
Charlottesville, VA 22902
Telephone: (434) 296-2161
Fax: (434) 293-2073
E-mail: nwalters@scottkroner.com

Z:\Client Files\Robinson, Frank L\Collection of promissory notes (57744)\Almy Bankruptcy\2025-04-17 Notice of Appearance and Request for Electronic Notification.docx