# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA

IN RE:       KATHARINE C ALMY                    Chapter 7
                 Debtor                          Case No.:  25-60407

## MOTION TO EXTEND TIME TO FILE SCHEDULES

Comes now Katharine C Almy, Debtor, by counsel, and respectfully moves the court for entry of an order allowing the time to file the Chapter 7 Schedules to be extended from April 21, 2025.

1.       The Debtor filed a partial Chapter 7 in this Court on April 7, 2025.

2.       Mrs. Almy's financial and legal circumstance is more complex than typical, and additional time is need to ensure that the information required in her schedules and statements is reported accurately.

**WHEREFORE**, Debtor asks that the Court grant an extension of time within which to complete and file the Chapter 7 Schedules, Lists, and Statements.

Dated this April 21, 2025.

Respectfully submitted,

Katharine C Almy

By: /s/ William Harville
        William Harville
        OF COUNSEL

William Harville, Esq.
VSB#19802
Post Office Box 460
Urbanna, VA 23175
Voice:    434-483-5700
Fax:       434-448-0800

## CERTIFICATE

I certify that I have this April 21, 2025, caused a true copy of this motion to be served via electronic means where available and U.S. Mail otherwise on the Office of the U.S. Trustee, the Interim Trustee, the Debtor and all creditors indicated on the original creditor matrix.

/s/ William Harville
William Harville
*Counsel for Debtor*

## NOTICE OF HEARING

Notice is hereby given that a hearing on Debtor's Motion to Extend Time to File Schedules is scheduled to be held on **May 8, 2025, at 10:00 a.m.**   The hearing in this matter will be conducted by video conference a**t https://www.zoomgov.com/j/1603692643** and may be accessed by using the **Meeting ID 160 369 2643.**

/s/ William Harville
William Harville
*Counsel for Debtor*