

SIGNED THIS 15th day of August, 2023

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 13 |
| KEITH MARKELL JOHNSON, ) | Case Number 23-60338 |
| ) | |
| Debtor. ) | |

### AGREED ORDER RESOLVING ORDER TO APPEAR AND SHOW CAUSE AGAINST WILLIAM HARVILLE

The matter before the Court is the Court's *Order to Appear and Show Cause* [Docket No. 40] issued against Debtor's counsel, William Harville, for his failure to timely submit a continuation order following the hearing on May 25, 2023 (docket 34).

With the consent of William Harville ("**Mr. Harville**"), the Court finds that: jurisdiction over this case and matter is proper; venue is proper; this is a core proceeding; and Mr. Harville consents to the relief granted in this Order. Finding it proper to do so, it is

1

Exhibit 1 pg 1 of 5

**ORDERED**

that:

1.  for any case filed in this district by Mr. Harville after the date of the entry of this Order, Mr. Harville will, among any other duties imposed by applicable law, rules, or orders, comply with the following terms and conditions:

    A. Prior to filing any bankruptcy case (except in the case of emergencies such as imminent foreclosure, repossession or garnishment or for other good cause shown), Mr. Harville will review all documentation ordinarily required by the chapter 7 panel and/or chapter 13 standing trustees, and, upon filing, promptly forward such information to the case trustee;

    B. Prior to filing any bankruptcy case, Mr. Harville will review all documentation ordinarily required to conduct due diligence and provide legal analysis and legal advice to clients to enable them to make important legal choices regarding seeking relief under the Bankruptcy Code and to comply with the Bankruptcy Code and Bankruptcy Rules;

    C. Mr. Harville shall timely obtain title work for all real estate owned by debtor(s), and disclose their legal title on Schedule A/B accurately and completely, and he shall provide such information to the case trustee;

    D. Mr. Harville will personally review with clients the version of the schedules, statements, and any other documents to be filed with the court and comply with applicable laws, rules, and orders regarding obtaining and maintaining client signatures on such documents;

Exhibit 1 pg 2 of 5

E. In his review of the schedules, statements, and other documents to be filed on behalf of clients in connection with a case, Mr. Harville will personally compare the information contained in the documents to be filed with the Court to ensure that the information is (i) consistent with other items listed in the documents to be filed and (ii) is consistent with tax returns, pay advices, engagement agreements, and other documentation obtained from the clients;

F. Mr. Harville will personally review with the client the version of the schedules, statements, and any other documents to be filed with the court and witness their signature on the documents prior to their being filed with the Court;

G. Upon the filing of any case, Mr. Harville shall file with the Petition all schedules and statements and include all creditors with the initial filing and pay the entire filing fee. If this is not possible for any particular debtor(s), Mr. Harville shall decline to represent such debtor(s) and shall refer them to other counsel;

H. Mr. Harville shall file the Chapter 13 Plan required by any case within fourteen (14) days of filing the Petition, and shall filed amended plans timely as required by any order of this Court;

I. Mr. Harville shall comply with all Local Rules of this Court which particularly includes Local Rule 9072-1 regarding the timely tendering of orders; and,

Exhibit 1 pg 3 of 5

   J.  Mr. Harville shall create written procedures for how his staff should proceed in the event of his incapacitation and shall provide such procedures to the U.S. Trustee.

2. Mr. Harville shall file no new chapter 13 cases through August 31, 2023, as he continues to address his health challenges.

3. Mr. Harville understands and agrees that the United States Trustee has not agreed, to forbear from taking any other lawful action against him either in United States Bankruptcy Court or otherwise, and that in the event of such action, the United States Trustee is not prohibited by this agreement from introducing any relevant evidence, including allegations that may have arisen prior to this agreement.

4. The Clerk is directed to send electronic notifications of the entry of this Order to all registered users of the CM/ECF System that have appeared in this case and no further service shall be necessary.

*** END OF ORDER ***

PRESENTED BY:
United States Trustee
By: /s/ Margaret K. Garber
Assistant United States Trustee
Office of the United States Trustee
W. Joel Charboneau (VSB #34412)
210 First Street, S.W., Suite 505
Roanoke, Virginia 24011 540-857-2806
margaret.k.garber@usdoj.gov

SEEN AND AGREED:

By: /s/ William Harville *by MKG with permission*
William Harville, Esquire
327 West Main Street, Suite 3
Charlottesville, Virginia 22903
(434) 483-5700
harvillebk@gmail.com

By: /s/ Angela M. Scolforo *by MKG with permission*
Angela M. Scolforo, Chapter 13 Trustee
P.O. Box 2103
Charlottesville, Virginia 22902
(434) 817-9913 x 110
AScolforo@cvillech13.net

Exhibit 1 pg 5 of 5