[ Name List ] [ Pleadings/Orders ] [ Services ] [ Main Menu ] [ Logoff ]

## Louisa County Circuit - Civil Division
### Case Details

| Case Number: CL24000097-00 | Filed: 03/21/24 |
|---|---|
| Filing Type: Contract Action | |
| Number of Plaintiffs: 0001 | Number of Defendants: 0002 |
| Commenced By: Initial Filing | |
| Bond: | Complex Case: |

If there are more than three plaintiffs or defendants as indicated under "Number of Plaintiffs" or "Number of Defendants" in the table above, please contact the court for the additional party information.

**Plaintiffs**

    Plaintiff: **ROBINSON, FRANK L; III**
    Trading as:
    Attorney: WALTERS, NEAL

**Defendants**

    Defendant1: **ALMY, KATHERINE**
    Trading as:
    Attorney:

    Defendant2: **ALMY, CHARLES**
    Trading as:
    Attorney: GRAHAM, CHRISTOPHER C

**Hearings**

| # | Date | Time | Type | Room | Duration | Jury | Result |
|---|---|---|---|---|---|---|---|

U.S. Trustee Ex. #2
5/8/2025
Case No. 25-60407
Page 1 of 4

| 1 | 09/09/24 | 9:30AM | To Be Set |  |  |  | Set For Trial |
| 2 | 03/17/25 | 4:00PM | Motion - Other-Pretrial |  | 15 minutes |  | Continued |
| 3 | 03/24/25 | 4:30PM | Motion - Other-Pretrial |  | 15 minutes |  |  |
| 4 | 04/07/25 | 9:30AM | Trial |  | 1 Day(s) |  | Continued Generally |

**Date Ordered To Mediation:**

**Final Disposition**

- **Judgment:**
- **Final Order Date:**
- **Appealed Date:**
- **Concluded By:**

>

[ Name List ]   [ Pleadings/Orders ]   [ Services ]   [ Main Menu ]   [ Logoff ]

Build #: 3.9.1.32

U.S. Trustee Ex. #2
5/8/2025
Case No. 25-60407
Page 2 of 4

Return to Case    Main Menu    Logoff

## Louisa County Circuit - Civil Division
### Pleadings/Orders Detail

Case Number: CL24000097-00

| Filed | Type | Party | Judge | Book | Page | Remarks |
|---|---|---|---|---|---|---|
| 03/21/24 | Initial Filing | PLT | | | | CNTR: |
| 03/21/24 | Complaint | AJW | | | | |
| 03/28/24 | Other | AJW | | | | COVER SHEET |
| 04/12/24 | Motion | AJW | | | | FOR GAL & SUGG FOR INCAPAC |
| 04/29/24 | Guardian Ad Litem - Appointment | AJW | TKS | | | |
| 05/13/24 | Other | AJW | | | | RETURNED MAIL |
| 06/12/24 | Other | AJW | | | | FAXES OF CMP COPY FOR SVC |
| 06/10/24 | Answer | AJW | | | | |
| 07/15/24 | Answer | AJW | | | | RE: KATHARINE ALMY |
| 07/15/24 | Motion | AJW | | | | TO EXTEND TIME FOR FILING |
| 08/08/24 | Praecipe | AJW | | | | |
| 09/09/24 | Letter | AJW | | | | EMAIL FROM MR. SMITH |
| 09/13/24 | Letter | AJW | | | | TERM DAY |
| 09/27/24 | Motion | AJW | | | | FOR SUBSTITUTION OF COUNSE |
| 11/13/24 | Letter | AJW | | | | PRESENTING ORDER |
| 12/13/24 | Letter | | | | | LETTER |
| 12/18/24 | Scheduling Order | | TKS | | | PRETRIAL |
| 03/10/25 | Other | | | | | SCHEDULING REPORT |
| 03/10/25 | Letter | | | | | FROM ATTORNEY |
| 03/10/25 | Other | | | | | SUGG OF DEATH/MOT TO NONSU |
| 03/10/25 | Motion | | | | | TO STRIKE AFFIRMATIVE DEF |
| 03/11/25 | Other | | | | | SUGGESTION OF DEATH |
| 03/11/25 | Letter | | | | | FAX FROM ATTORNEY |
| 03/11/25 | Motion | | | | | TO CONTINUE |
| 03/11/25 | Letter | | | | | FAX FROM ATTORNEY |
| 03/14/25 | Other | | | | | FAX FROM ATTORNEY |
| 03/14/25 | Notice Of Hearing | | | | | CORRECTED AS TO DATE |
| 03/14/25 | Other | | | | | FAX FROM ATTORNEY |
| 03/14/25 | Notice | | | | | OF MOTION |

U.S. Trustee Ex. #2
5/8/2025
Case No. 25-60407
Page 3 of 4

| 03/17/25 | Letter | | | | | FAX FROM ATTORNEY |
| --- | --- | --- | --- | --- | --- | --- |
| 03/18/25 | Letter | | | | | FAX FROM ATTORNEY |
| 04/07/25 | Suggestion Of Bankruptcy | | | | | |

Return to Case | Main Menu | Logoff

Build #: 3.9.1.32

U.S. Trustee Ex. #2
5/8/2025
Case No. 25-60407
Page 4 of 4