022964

**THIS DEED IS EXEMPT FROM RECORDATION TAX PURSUANT TO**

**SECTION 58.1-811(D) OF THE CODE OF VIRGINIA.**

Tax Map Parcels: 03400-00-00-12900 and 03400-00-00-13000

PREPARED BY:
MCCALLUM & KUDRAVETZ, P.C.
250 E. HIGH STREET
CHARLOTTESVILLE, VA  22902
434-293-8191

**THIS DEED OF GIFT** dated this 11th day of December, 2002, by and between META T. CHISHOLM, the Grantor; and KATHARINE C. ALMY, the Grantee, whose address is P.O. Box 706, Charlottesville, Virginia 22902;

W I T N E S S E T H :

The Grantor does hereby GIVE, GRANT and CONVEY with GENERAL WARRANTY and ENGLISH COVENANTS OF TITLE unto Katharine C. Almy, the following described property:

> All those two certain lots or parcels of land situated in Albemarle County, Virginia, shown and described as Lots 5 and 6, on plat of William S. Roudabush, Inc., dated June 21, 1977, last revised March 20, 1981, captioned "Subdivision Plat 'Foxwood' Located on State Route 640 Near Gilbert, Rivanna Magisterial District, Albemarle County, Virginia", recorded in the Clerk's Office of the Circuit Court of Albemarle County, Virginia, in Deed Book 714, page 238 (the "Property");
>
> BEING a portion of the property conveyed to Meta T. Chisholm by deed of Meta Todd Chisholm, as Trustee of the Share A Trust under will of William Heighter Chisholm, recorded in the aforesaid Clerk's Office in Deed Book 2334, page 569.

This conveyance is subject to easements, conditions, restrictions and reservations contained in duly recorded deeds,

1

U.S. Trustee Ex. #3
5/8/2025
Case No. 25-60407
Page 1 of 2

plats, and other recorded instruments, if any, constituting constructive notice in the chain of title to the Property, which have not expired by a limitation of time contained therein or have not otherwise become ineffective, there being no intent by this deed to reimpose any such easement, condition, restriction, or reservation.

WITNESS the following signature and seal.

_____Meta T. Chisholm_____ (SEAL)
Meta T. Chisholm

STATE OF VIRGINIA
CITY OF CHARLOTTESVILLE, to-wit:

The foregoing instrument was acknowledged before me this 11th day of December, 2002, by Meta T. Chisholm.

My commission expires: Sept 30, 2006

_____Deborah K. Decker_____
Notary Public

RECORDED IN CLERKS OFFICE OF
ALBEMARLE ON
December 12, 2002 AT 9:45:10 AM
$0.00 GRANTOR TAX PD
AS REQUIRED BY VA CODE §58.1-802
STATE: $0.00 LOCAL: $0.00
SHELBY MARSHALL, CLERK CIRCUIT CT.

_____Jonette Q. mann_____ DC

\\Server1\k\UData\DKD\WPDATA\Real Estate Matters\7968 dd gift 2.doc
12/11/2002 1:31 PM

U.S. Trustee Ex. #3
5/8/2025
Case No. 25-60407
Page 2 of 2