201900012777.003

PREPARED BY:                    J. BARRETT JONES
                                JONES OBERG & GREEN, LLP
                                917 E. Jefferson Street
                                Charlottesville, VA 22902

ALBEMARLE COUNTY TMPS: **05800-00-00-10100**;
                       **03400-00-00-12900**; and
                       **03400-00-00-13000**

**Partially exempt from taxation pursuant to
§58.1-809, Code of Virginia, 1950, as amended.**

MODIFICATION OF
DEED OF TRUST

THIS MODIFICATION OF DEED OF TRUST is made this 15ᵗʰ day of

November, 2019, by and between **Charles ALMY** and **Katharine C. ALMY**, husband

and wife, Grantors, **J. Barrett JONES**, Trustee, and **Frank L. ROBINSON, III**,

Noteholder.

WITNESSETH:

**WHEREAS**, Frank L. Robinson, III is the noteholder of a promissory note in the

amount of $478,593.02, dated March 13, 2018, from Charles Almy, said promissory note

being secured by the lien of a deed of trust dated November 29, 2018, from the Grantors to J.

Barrett Jones, Trustee, of record in the Clerk's Office of the Circuit Court for the County of

Albemarle, Virginia, in Deed Book 5134, page 164;

Page 1 of 5

U.S. Trustee Ex. #4
5/8/2025
Case No. 25-60407
Page 1 of 5

201900012777.004

**WHEREAS**, the said deed of trust lien is on the following described parcel of real property:

> All that certain tract or parcel of land, with the improvements thereon and the appurtenances thereto belonging, situated in the Samuel Miller Magisterial District of Albemarle County, Virginia, containing 8.79 acres, fully described as Parcel B by a plat thereof made by R. O. Snow, Inc., C.L.S., dated July 21, 1987, recorded in the Clerk's Office of the Circuit Court for the County of Albemarle, Virginia, in Deed Book 954, page 125; BEING the same property as that conveyed to the Grantors herein by deed from R. Franklin Hardy, homme sole, and B. Anderson Soyars, Jr., homme sole, dated July 28, 1987, recorded August 6, 1987, in the aforesaid Clerk's Office in Deed Book 954, page 123.

**WHEREAS**, by the terms of the said deed of trust and note thereby secured, the balance of the indebtedness so secured is due on December 30, 2020;

**WHEREAS**, Charles Almy and Katharine Almy have executed a new promissory note dated October 31, 2019, which replaces the promissory note dated March 13, 2018, and increases the amount of the indebtedness by an additional $90,740.04, bringing the total amount of the indebtedness to $569,333.06; and

**WHEREAS**, the parties have agreed to modify the said Deed of Trust recorded in the Clerk's Office for the Circuit Court of the County of Albemarle, Virginia, in Deed Book 5134, page 164, by increasing the indebtedness secured and adding additional real property as security for the said note.

**NOW THEREFORE**, the parties do hereby agree as follows:

(1)   That the amount of the secured indebtedness, pursuant to the promissory note dated October 31, 2019, is increased to $569,333.06;

U.S. Trustee Ex. #4
5/8/2025
Case No. 25-60407
Page 2 of 5

201900012777.005

(2)     That the maturity date of the note is as provided in said note dated October 31, 2019;

(3)     That the amount secured by the said Deed of Trust recorded in the Clerk's Office for the Circuit Court of the County of Albemarle, Virginia, in Deed Book 5134, page 164, is hereby increased by NINETY THOUSAND SEVEN HUNDRED FORTY AND 04/100THS DOLLARS ($90,740.04), to FIVE HUNDRED SIXTY-NINE THOUSAND THREE HUNDRED THIRTY-THREE AND 06/100THS DOLLARS ($569,333.06); and

(4)     That for and in consideration of the sum of TEN DOLLARS ($10.00), cash in hand paid, the receipt of which is hereby acknowledged, Grantor Katharine C. Almy does hereby GRANT and CONVEY with GENERAL WARRANTY OF TITLE unto the Trustee, the following-described additional parcels of real property, to-wit:

> All those two certain lots or parcels of land situated in Albemarle County, Virginia, shown and described as Lots 5 and 6, on plat of William S. Roudabush, Inc., dated June 21, 1977, last revised March 20, 1981, captioned "Subdivision Plat 'Foxwood' Located on State Route 640 Near Gilbert, Rivanna Magisterial District, Albemarle County, Virginia", recorded in the Clerk's Office of the Circuit Court of Albemarle County, Virginia, in Deed Book 714, page 238 (the "Property"); BEING the same property as that conveyed to Grantor Katharine C. Almy by deed of gift from Meta T. Chisholm, dated December 11, 2002, and recorded December 12, 2002, in the aforesaid Clerk's Office in Deed Book 2336, page 65.

In all other respects the terms, covenants and conditions of said note and deed of trust shall remain in full force and effect, there being no intent by the parties to make any change by this instrument other than the changes described above.

Page 3 of 5

U.S. Trustee Ex. #4
5/8/2025
Case No. 25-60407
Page 3 of 5

201900012777.006

WITNESS the following signatures and seals:

_Frank Robinson_ _____(SEAL)
FRANK L. ROBINSON, III, Noteholder


COMMONWEALTH OF VIRGINIA
(CITY)/COUNTY OF Charlottesville , to-wit:

The foregoing instrument was acknowledged before me this 15 day of November , 20 19 , by Frank L. Robinson, III, Noteholder.

My Commission expires: 10|31|2020

MARSHA A MANDICHAK
Notary Public
Commonwealth of Virginia
Registration No. 7709546
My Commission Expires Oct 31, 2020

_Marsha A Mandichak_
Notary Public
Notary Registration No.: 7709546

Page 4 of 5

U.S. Trustee Ex. #4
5/8/2025
Case No. 25-60407
Page 4 of 5

201900012777.007

_____(SEAL)
CHARLES ALMY, Grantor

_____(SEAL)
KATHARINE C. ALMY, Grantor

COMMONWEALTH OF VIRGINIA
CITY/COUNTY OF Charlottesville , to-wit:

The foregoing instrument was acknowledged before me this 15 day of November, 2019 , by Charles Almy and Katharine C. Almy, husband and wife, Grantors.

My Commission expires:  10/31/2020

Marsha A Mandichak
Notary Public
Notary Registration No.: 7709546

MARSHA A MANDICHAK
Notary Public
Commonwealth of Virginia
Registration No. 7709546
My Commission Expires Oct 31, 2020

INSTRUMENT # 201900012777
RECORDED ALBEMARLE CO CIRCUIT COURT CLERK'S OFFICE
Nov 19, 2019  AT  12:01 pm
JON R. ZUG, CLERK by   MEB

BOOK 05244  PAGE 0762 - 00768

Page 5 of 5

U.S. Trustee Ex. #4
5/8/2025
Case No. 25-60407
Page 5 of 5