**Parcel Information**

|  |  |
|---|---|
| Parcel ID | 03400-00-00-13000 |
| Primary Prop. Address | N/A |
| Other Address(es) | N/A |
| Subdivision | Foxwood |
| Property Name | N/A |
| Description | FOXWOOD 6 |
| Lot | 13000 |
| Property Card(s) | 1 |
| Total Acres | 4 |
| Tax Status | Reg. Taxable |

**Owner Information**

|  |  |
|---|---|
| Owner | ALMY, KATHARINE C |
| Address | P O BOX 87 IVY VA, 22945 |
| Owner as of Jan 1st | ALMY, KATHARINE C |

**Most Recent Assessment Information**

|  |  |
|---|---|
| Year | 2025 |
| Assessment Date | 1/1/2025 |
| Land Value | $127,100 |
| Land Use Value | $0 |
| Improvements Value | $0 |
| Total Value | $127,100 |

**Most Recent Sales History**

|  |  |
|---|---|
| Previous Owner | CHISHOLM, META T |
| Owner | ALMY, KATHARINE C |
| Sale Date | 12/12/2002 |
| Sale Price | $0 |
| Deed Book/Page | 2336/065 |
| Instrument # | N/A |

**Other Tax Information as of Jan 1st**

|  |  |
|---|---|
| State Code | Single Fam Res up to 5 acres |
| Tax Type | Reg. Taxable |
| Parcel Level Use Code | Vacant Residential Land |

U.S. Trustee Ex. #5
5/8/2025
Case No. 25-60407
Page 1 of 1