**Parcel Information**

| | |
|---:|:---|
| Parcel ID | 05800-00-00-10100 |
| Primary Prop. Address | 350 BLOOMFIELD RD |
| Other Address(es) | N/A |
| Subdivision | N/A |
| Property Name | N/A |
| Description | ACREAGE |
| Lot | 10100 |
| Property Card(s) | 1 |
| Total Acres | 8.79 |
| Tax Status | Reg. Taxable |

**Owner Information**

| | |
|---:|:---|
| Owner | ALMY, CHARLES OR KATHARINE C. |
| Address | P O BOX 87 IVY VA, 22945 |
| Owner as of Jan 1st | ALMY, CHARLES OR KATHARINE C. |

**Most Recent Assessment Information**

| | |
|---:|:---|
| Year | 2025 |
| Assessment Date | 1/1/2025 |
| Land Value | $459,200 |
| Land Use Value | $0 |
| Improvements Value | $1,218,300 |
| Total Value | $1,677,500 |

**Most Recent Sales History**

| | |
|---:|:---|
| Previous Owner | N/A |
| Owner | ALMY, CHARLES OR KATHARINE C. |
| Sale Date | 08/06/1987 |
| Sale Price | $250,000 |
| Deed Book/Page | 954/123 |
| Instrument # | N/A |

**Other Tax Information as of Jan 1st**

| | |
|---:|:---|
| State Code | Single Fam Res 5.1 to 20 acres |
| Tax Type | Reg. Taxable |
| Parcel Level Use Code | Single Family |

**Other Parcels...**

...on BLOOMFIELD RD

U.S. Trustee Ex. #7
5/8/2025
Case No. 25-60407
Page 1 of 1