

SIGNED THIS 7th day of April, 2025

_Rebecca B. Connelly_
Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

IN RE:  Katharine Chisholm Almy             CHAPTER        7

                                            CASE #         25-60407

O R D E R

The above-captioned matter is deficient in the following area(s):

☒ The petition was filed without the following required bankruptcy form(s). Official Forms specific for individuals or Official Forms for non-individuals (check appropriate form(s)).

  ☒ Schedule A/B (Form 106A/B or 206A/B)
  ☒ Schedule C (Form 106C)
  ☒ Schedule D (Form 106D or 206D)
  ☒ Schedule E/F (Form 106E/F or 206E/F)
  ☒ Schedule G (Form 106G or 206G)
  ☒ Schedule H (Form 106H or 206H)
  ☒ Schedule I (Form 106I)
  ☒ Schedule J (Form 106J)
  ☐ Schedule J-2 (Form 106J-2)
  ☒ A Summary of Your Assets and Liabilities and Certain Statistical Information (Form 106Sum or Form 206Sum)
  ☒ Declaration About an Individual Debtor's Schedules/Declaration Under Penalty of Perjury for Non-Individual Debtors (Form 106Dec or 202)
  ☒ Statement of Financial Affairs (Form 107 or 207)
  ☒ Disclosure of Compensation of Attorneys for Debtors

☐ Page 9 of the petition (Form 101) has not been completed.

☒ The petition was filed without the Statement of Current Monthly Income (Form 122A-1 or 122C-1)

14daydef_033121



A TRUE COPY, TESTE:
JAMES W. REYNOLDS, CLERK OF COURT
UNITED STATES BANKRUPTCY COURT
BY _Elizabeth Nichols_
Deputy Clerk

1

U.S. Trustee Ex. #9
5/8/2025
Case No. 25-60407
Page 1 of 3

☐ The Chapter 13 petition was filed without a Chapter 13 Plan

☐ The petition was filed without a certification that the Debtor(s) has received an approved credit counseling briefing in the 180 day period ending on the date of filing of the petition or a certification of exigent circumstances.

☐ Debtor(s) did not receive a credit counseling briefing because of ☐ incapacity, ☐ disability, or ☐ on active duty in a military combat zone. Debtor(s) must file a motion for waiver of credit counseling with the court.

It is accordingly

ORDERED

that failure to cure said deficiency(ies) within fourteen (14) days from the date the petition was originally filed, or to file a pleading within such time requesting a hearing upon such asserted deficiency(ies), may result in dismissal of the case, or sanctions being imposed, or such other remedy as the Court deems appropriate, without further notice or hearing.

Service of a copy of this Order shall be made to debtor(s) and counsel for debtor(s); trustee, and other parties as may be appropriate.

**END OF ORDER**

U.S. Trustee Ex. #9
5/8/2025
Case No. 25-60407
Page 2 of 3

United States Bankruptcy Court
Western District of Virginia

In re:  
Katharine Chisholm Almy  
  Debtor

Case No. 25-60407-rbc  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0423-6  
Date Rcvd: Apr 07, 2025

User: admin  
Form ID: pdf003

Page 1 of 1  
Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2025:

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Katharine Chisholm Almy, 350 Bloomfield Road, Charlottesville, VA 22903-7838 |

TOTAL: 1

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 09, 2025          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Hannah W. Hutman(436156) | hhutman@hooverpenrod.com VA47@ecfcbis.com;jwhite@hooverpenrod.com |
| USTrustee | USTPRegion04.RN.ECF@usdoj.gov |
| William Harville | on behalf of Debtor Katharine Chisholm Almy notices@vabklaw.com<br>harville.williamb115872@notify.bestcase.com;notices@vabklaw.com |

TOTAL: 3

U.S. Trustee Ex. #9  
5/8/2025  
Case No. 25-60407  
Page 3 of 3