

SIGNED THIS 29th day of April, 2025

/s/ Rebecca B Connelly
Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA

IN RE:    **KATHARINE C ALMY**            Chapter 7
          Debtor                          Case No.: 25-60407

### ORDER ON MOTION TO EXTEND TIME TO FILE LISTS, SCHEDULES, AND STATEMENTS

On the Motion of Katharine C Almy, Debtor, by counsel, to extend the time to file the Chapter 7 Lists, Schedules, and Statements from April 21, 2025, and by agreement with the Chapter 7 Trustee, it is ordered that the time to file the Chapter 7 Lists, Schedules, and Statements is extended until May 2, 2025.

Counsel for Debtor is hereby directed to mail, or deliver via acceptable electronic means, copies of this Order to the Debtor, Hannah W. Hutman Chapter 7 Trustee, and to the Office of the U.S. Trustee.

**END OF ORDER**

Presented by:
/s/ *William T. Harville*
William T. Harville (VSB # 19802)
Counsel for Debtor

Seen and agreed:
/s/ *Hannah W Hutman*
Hannah W Hutman
Chapter 7 Trustee



A TRUE COPY, TESTE:
JAMES W. REYNOLDS, CLERK OF COURT
UNITED STATES BANKRUPTCY COURT
BY /s/ Elizabeth Nichols
Deputy Clerk

U.S. Trustee Ex. #11
5/8/2025
Case No. 25-60407
Page 1 of 1