U.S. Trustee Ex. #12
5/8/2025
Case No. 25-60407
Page <<1 of n>>

\* To be provided.  The order is not currently available.