[ Name List ]  [ Pleadings/Orders ]  [ Services ]  [ Main Menu ]  [ Logoff ]

## Albemarle County Circuit - Civil Division
### Case Details

| Case Number: CL22001353-00 | Filed: 10/04/22 |
|---|---|
| Filing Type: Divorce | Filing Fee Paid Yes |
| Divorce Filing Type: Contested | |
| Number of Plaintiffs: 0001 | Number of Defendants: 0001 |
| Commenced By: Initial Filing | |
| Bond: | Complex Case: |

If there are more than three plaintiffs or defendants as indicated under "Number of Plaintiffs" or "Number of Defendants" in the table above, please contact the court for the additional party information.

### Plaintiffs

Plaintiff: **ALMY, KATHARINE C**
Trading as:
Attorney: SMITH, CHRISTOPHER J

### Defendants

Defendant: **ALMY, CHARLES**
Trading as:
Attorney: HAUGHEY, SHEILA C

U.S. Trustee Ex. #2
5/8/2025
Case No. 25-60407
Page 1 of 4

### Hearings

| # | Date | Time | Type | Room | Duration | Jury | Result |
|---|---|---|---|---|---|---|---|
| 1 | 12/15/22 | 9:30AM | Term | | | | |
| 2 | 02/22/23 | 11:00AM | Hearing | | 2 hour(s) | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3 | 03/22/23 | 2:00PM | Hearing | | | | |
| 4 | 08/30/23 | 4:15PM | Status Hearing | | | | |
| 5 | 12/04/23 | 1:30PM | Status Hearing | | | | |
| 6 | 03/28/24 | 9:30AM | Term | | | | Set For Trial |
| 7 | 04/18/24 | 9:00AM | Trial | | 1 Day(s) | | Continued Generally |
| 8 | 08/29/24 | 4:30PM | Pretrial Conference | | | | |
| 9 | 09/13/24 | 9:00AM | Trial | | 1 Day(s) | | |
| 10 | 04/24/25 | 9:30AM | Term | | | | Continued Generally |

**Date Ordered To Mediation:**

**Final Disposition**

- **Judgment:**
- **Final Order Date:**
- **Appealed Date:**
- **Concluded By:**
- **Divorce Disposition Type:**    Contested

\>

[ Name List ]   [ Pleadings/Orders ]   [ Services ]   [ Main Menu ]   [ Logoff ]

Build #: 3.9.1.32

U.S. Trustee Ex. #2
5/8/2025
Case No. 25-60407
Page 2 of 4

[ Return to Case ]  [ Main Menu ]  [ Logoff ]

## Albemarle County Circuit - Civil Division
### Pleadings/Orders Detail

**Case Number:** CL22001353-00

| Filed | Type | Party | Judge | Book | Page | Remarks |
|---|---|---|---|---|---|---|
| 10/04/22 | Initial Filing | PLT | | | | DIV: |
| 10/19/22 | Affidavit | | | | | OF SERVICE |
| 11/22/22 | Motion | | | | | |
| 11/28/22 | Motion | | | | | PENDENTE LITE RELIEF |
| 11/28/22 | Answer | | | | | |
| 11/28/22 | Praecipe | | | | | 12.15.2022 @ 9:30AM |
| 12/05/22 | Service | | | | | PROOF |
| 12/21/22 | Notice | | | | | OF FILING |
| 01/04/23 | Notice | | | | | OF FILING |
| 01/20/23 | Notice | PLA | | | | OF FILING |
| 01/20/23 | Request | PLA | | | | FOR PRODUCTION OF DOCS |
| 01/20/23 | Interrogatory | PLA | | | | REQUEST |
| 02/02/23 | Notice | PLA | | | | OF FILING |
| 02/02/23 | Interrogatory | PLA | | | | TO DEFENDANT |
| 02/02/23 | Request | PLA | | | | FOR PRODUCTION OF DOCS |
| 02/21/23 | Request | DEF | | | | TO CONTINUE PL HEARING |
| 03/02/23 | Notice Of Hearing | | | | | |
| 03/14/23 | Notice | DEF | | | | OF FILING DISCOVERY |
| 03/22/23 | Exhibits | PLA | | | | PLA #4 - EARNING STATEMENT |
| 03/22/23 | Exhibits | PLA | | | | PLA #7 - SSER; W2 |
| 03/22/23 | Exhibits | PLA | | | | PLA #9 - MORTGAGE; HOME EQ |
| 03/22/23 | Exhibits | PLA | | | | PLA #10 - LOAN MODIFY |
| 03/22/23 | Exhibits | PLA | | | | PLA #14 - SENIOR LIVING |
| 03/22/23 | Exhibits | PLA | | | | PLA #15 - BOA STATEMENTS |
| 05/22/23 | Draft Order | | | | | |
| 05/23/23 | Order | | | | | APPOINTING GAL |
| 08/30/23 | Consent Order | | | | | PENDENTE LITE |
| 12/01/23 | Motion | DEF | | | | FOR PL & SS |

U.S. Trustee Ex. #2
5/8/2025
Case No. 25-60407
Page 3 of 4

| Date | Type | Party | | | | Description |
|---|---|---|---|---|---|---|
| 03/21/24 | Praecipe | | | | | 03.28.2024 @ 9:30AM |
| 03/21/24 | Motion | | | | | TO CONTINUE |
| 04/16/24 | Draft Order | DEF | | | | PL SPOUSAL SUPPORT |
| 04/17/24 | Draft Order | PLA | | | | PL SPOUSAL SUPPORT |
| 04/18/24 | Exhibits | DEF | | | | DEF'S EXH #1-COLLECTIVELY |
| 04/18/24 | Notice | | | | | TRIAL 09.13.2024 - 1 DAY |
| 04/18/24 | Scheduling Order | | | | | |
| 04/25/24 | Notice | | | | | TRIAL 09.13.2024 - 1 DAY |
| 05/20/24 | Scheduling Order | | | | | |
| 08/22/24 | Praecipe | | | | | 8.29.24 @ 9:30AM |
| 03/10/25 | Praecipe | | | | | 04.24.2025 @ 9:30AM |
| 03/10/25 | Motion | | | | | TO DISMISS-DEATH OF DEF |

Return to Case    Main Menu    Logoff

Build #: 3.9.1.32

U.S. Trustee Ex. #2
5/8/2025
Case No. 25-60407
Page 4 of 4