

SIGNED THIS 19th day of May, 2025

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT

## Western District of Virginia

| | |
|---|---|
| IN RE: KATHARINE C. ALMY | Chapter 7 |
| Debtor. | Case No. 25-60407 |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL AND TO SHORTEN NOTICE

This matter came before the Court upon the Motion to Withdraw as Counsel for Debtor and to Shorten Notice filed by William Harville, counsel for the Debtor. The Court, having considered the motion, finds that:

1. Good cause exists for withdrawal of counsel pursuant to Rule 1.16(b) of the Virginia Rules of Professional Conduct and Local Rule 2091-1 of this Court;

2. The Debtor has instructed counsel to withdraw and is in the process of seeking substitute representation;

3. The withdrawal can be accomplished without material adverse effect on the Debtor's interests;

4. Cause exists to shorten the notice period under Fed. R. Bankr. P. 9006(c) given the time-sensitive nature of the proceedings, including a scheduled hearing on May 8, 2025.

It is therefore ORDERED that:

    1. The Motion to Withdraw as Counsel is GRANTED;

    2. William Harville is hereby permitted to withdraw as counsel of record for the Debtor;

    3. The Motion to Shorten Notice is GRANTED, and the notice provided is deemed sufficient under the circumstances.

    Counsel is directed to send a copy of this Order to the Debtor at her last known email and mailing addresses, and to all counsel and parties in interest.

**END OF ORDER**

PRESENTED BY:

/s/ *William Harville*

William Harville (VSB # 19802)
PO Box 460
Urbanna, VA 23175
(434) 483-5700
william@vabklaw.com
Counsel for Debtor