

**SIGNED** June 5, 2025

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

*Rebecca B. Connelly*
Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| In re: **Katharine Chisholm Almy** | ) ) ) ) ) ) ) ) | CASE NO. 25−60407<br><br>CHAPTER 7 |
| Debtor(s) | | |

## FINAL ORDER

The Trustee is discharged from his/her office and the Clerk of this Court is authorized to close this case.

clscstr

**END OF ORDER**

United States Bankruptcy Court

Western District of Virginia

In re:     Case No. 25-60407-rbc

Katharine Chisholm Almy     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0423-6     User: admin     Page 1 of 1

Date Rcvd: Jun 05, 2025     Form ID: clscstr     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Katharine Chisholm Almy, 350 Bloomfield Road, Charlottesville, VA 22903-7838 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Hannah W. Hutman(436156) | hhutman@hooverpenrod.com VA47@ecfcbis.com;jwhite@hooverpenrod.com |
| Hannah W. Hutman(436156) | on behalf of Trustee Hannah W. Hutman(436156) hhutman@hooverpenrod.com VA47@ecfcbis.com;jwhite@hooverpenrod.com |
| Neal L. Walters | on behalf of Creditor Frank Robinson III nwalters@scottkroner.com |
| USTrustee | USTPRegion04.RN.ECF@usdoj.gov |
| W. Joel Charboneau | joel.charboneau@usdoj.gov |

TOTAL: 5